# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-2239
LT Case No. 2018-CA-7736

———————————————————

ROBERT A. SMITH,

    Appellant,

    v.

MOBILE PAINT MANUFACTURING
COMPANY OF DELAWARE, INC.,
d/b/a BLP MOBILE PAINT
MANUFACTURING COMPANY, INC.
a/k/a BLP MOBILE PAINTS, et al.,

    Appellees.

———————————————————

On appeal from the Circuit Court for Duval County.
Michael S. Sharrit, Judge.

Robert A. Smith, Jacksonville, pro se.

No Appearance for Appellees.

November 21, 2023

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

HARRIS, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____